UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT LOUISVILLE
CIVIL ACTION NO. 3:06CV-386-H

**ROBERT JONES, JR.**                                                                                             **PLAINTIFF**

v.

**BETHANNI E. FORBUSH-MOSS, ESQ.**                                                         **DEFENDANT**

### MEMORANDUM AND ORDER

By Memorandum Opinion and Order entered December 14, 2006, this Court dismissed the instant action and certified that an appeal would be frivolous and not taken in good faith (DNs 5 & 6). On January 16, 2007, this Court received and filed Plaintiff's Notice of Appeal (DN 7) and motion to proceed *in forma pauperis* (DN 8). The Clerk issued a deficiency notice advising Plaintiff that he needed to sign his motion to proceed *in forma pauperis* (DN 9). In response, Plaintiff filed a new motion to proceed on appeal *in forma pauperis* (DN 11). The motions to proceed *in forma pauperis* are now before the Court for consideration.

Before addressing the motions, however, the Court mentions that Plaintiff's latest filing is styled as a "Notice of Appeal Allowed by Rule 4" (DN 13). In that Notice, he asks this Court "to grant him the legal right to appeal his Civil Action before the Sixth Circuit" to challenge this Court's December 14, 2006, dismissal order. Because, as summarized above, Plaintiff has already filed with the Sixth Circuit a Notice of Appeal (Appeal No. 07-5121) challenging this Court's December 14, 2006, Order of dismissal, the Court does not believe that Plaintiff intended the Notice to be a second notice of appeal and thus **DENIES as moot** his request for this Court to grant him the legal right to appeal this action (DN 13).

As to the motions to proceed on appeal *in forma pauperis*, because the Court has certified that an appeal would not be taken in good faith, **IT IS ORDERED** that those motions (DNs 8 & 11) are **DENIED**. In order for Plaintiff to proceed with an appeal in this action, **he must either (1) pay the $455.00 appellate filing fee in full to the Clerk of the District Court within 30 days after receiving notice of this Order or (2) file a motion to proceed on appeal *in forma pauperis* in the United States Court of Appeals for the Sixth Circuit within 30 days after service of this Order in accordance with Fed. R. App. P. 24(a)(5).** *See Callihan v. Schneider*, 178 F.3d 800, 803 (6th Cir. 1999).

Should Plaintiff choose to pay the full $455.00 appellate filing fee, payment shall be made payable to **Clerk, U.S. District Court** and sent to or paid in person at the Clerk's Office, United States District Court, Western District of Kentucky, 106 Gene Snyder Courthouse, 601 West Broadway, Louisville, Kentucky 40202. Failure either to pay the $455.00 filing fee or to file an application to proceed on appeal *in forma pauperis* with the United States Court of Appeals for the Sixth Circuit within **30 days** may result in **dismissal** of the Plaintiff's appeal. *Callihan*, 178 F.3d at 804.

Pursuant to Rule 24(a)(4) of the Federal Rules of Appellate Procedure, a copy of this notice is being sent to the parties and the United States Court of Appeals for the Sixth Circuit. Date:

cc: Plaintiff, *pro se*
     Defendant
     Clerk, Sixth Circuit (Case No. 07-5121)
4412.005